■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLIVER HAMILTON, Appellant. [732 NYS2d 893] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 23, 1998 (*People v Hamilton,* 247 AD2d 630), affirming a judgment of the Supreme Court, Kings County, rendered July 5, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Ritter, Santucci and S. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED JONES, Appellant. [733 NYS2d 614] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Perone, J.), rendered April 1, 1999, convicting him of criminal possession of a controlled substance in the third degree, criminal possession of a controlled substance in the fourth degree, and criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

By withdrawing all motions, pending and decided, the defendant waived his right to seek appellate review of the suppression ruling (*see, People v Capone,* 229 AD2d 445; *People v Sebastian,* 197 AD2d 647; *People v Gary,* 179 AD2d 821). Altman, J. P., Krausman, Goldstein and Crane, JJ., concur.